UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL JOHNSON,
    Plaintiff,

v.

J. HEAD, *et al.*,
    Defendants.

Case No. 14-cv-02768-JD

**ORDER FOR SUPPLEMENTAL INFORMATION**

    Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis. Plaintiff alleges that several CDCR Transportation Officers were deliberately indifferent to his serious medical needs while he was being transported. Plaintiff was taken from California Men's Colony and transported to Corcoran Prison with stops at California Correctional Institution, California Rehabilitation Center, and Chino State Prison. These locations lie in the Central and Eastern Districts of California. Plaintiff identifies no events that occurred in the Northern District of California.[1] Plaintiff states that the office of the transportation unit for CDCR lies in the Northern District, but provides no additional information. While not alleged, presumably the named defendants also reside in the Northern District. If this is accurate then venue may be proper in this district.

    Venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is

---

[1] Plaintiff is currently incarcerated at Mule Creek State Prison in the Eastern District of California.

1  situated, or (3) a judicial district in which any defendant may be found, if there is no district in
2  which the action may otherwise be brought.  28 U.S.C. § 1391(b).
3       Within **fourteen (14) days** plaintiff shall provide service addresses for the defendants in
4  this case as this information will be necessary should the Court order service.
5       **IT IS SO ORDERED.**
6  Dated:  July 23, 2014

_____
JAMES DONATO
United States District Judge

14-cv-02768-JD-_ord

2