UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL B. JOHNSON, | No. 2:14-cv-2172 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. HEAD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for leave to file an amended complaint. (ECF No. 30.)  Under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, plaintiff may amend once as a matter of course within 21 days after service of a responsive pleading.  Defendants filed an answer on February 4, 2015.  As plaintiff is proceeding pro se and the time has not run for plaintiff to amend as a matter of course, the court will grant plaintiff's motion.  This action will proceed on the First Amended Complaint (FAC).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 30) is granted.

Dated: February 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / john2172.ord